

| In re: Celeste Melissa Garcia | Chapter: 13 |
| --- | --- |
|  | Case Number: 6:25-bk-12772-SY |
|  |  |
|  | ORDER DISMISSING BANKRUPTCY CASE |
| Debtor(s). |  |

The Application to Pay Filing Fee in Installments and/or Application for Filing Fee Waiver in this matter came on regularly for hearing before the undersigned Bankruptcy Judge, said application being denied and the debtor not having the filing fee for the petition herein,

IT IS ORDERED that the above entitled case is dismissed; and it is further

ORDERED that all stays and injunctions, related thereto, are lifted and annulled.

DATED: 4/29/25

_____
United States Bankruptcy Judge