# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF DISMISSAL RE:
# DENIAL OF INSTALLMENT FEE APPLICATION

**DEBTOR INFORMATION:**
Celeste Melissa Garcia
dba Venue 19, dba Joshua Tree and the Best Sunset Venue

**BANKRUPTCY NO.** 6:25−bk−12772−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7889
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/29/25

**Address:**
3636 Warren Vista Ave.
Yucca Valley, CA 92284

You are notified that this case was filed and dismissed on April 29, 2025.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

**AN AUTOMATIC STAY WAS NEVER IN EFFECT.**

Dated: April 29, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form nddi Rev. 06/2017    **9 / KR6**